| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Troy Brian Frost** | | Social Security number or ITIN | **xxx–xx–5509** |
| | First Name    Middle Name    Last Name | | EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN _ _ _ _ | |
| | | | EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **District of Kansas** | | Date case filed for chapter **13  5/31/18** | |
| Case Number / Presiding Judge: | **18–21111 / Robert D. Berger** | | Date Notice Issued: **6/1/18** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 8 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| **1. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at the Meeting of Creditors. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | | **Location:**<br>**Robert J Dole US Courthouse, 500 State Avenue Room 173, Kansas City, KS 66101** |
| | **About Debtor 1:** | | **About Debtor 2:** |
| **2. Debtor's full name** | Troy Brian Frost | | |
| **3. All other names used in the last 8 years** | | | |
| **4. Address** | 511 Meriden Heights<br>Meriden, KS 66512 | | |
| **5. Debtor's attorney**<br>Name and address | Kristina S Zhilkina–Crump<br>Coons & Crump, LLC<br>534 S. Kansas Ave., Ste. 305<br>Topeka, KS 66603 | | Contact phone 785–856–8720 |

**For more information, see page 2**

| 6. **Bankruptcy trustee** Name and address | William H Griffin 5115 Roe Blvd Ste 200 Roeland Park, KS 66205–2393 | Contact phone 913–677–1311 |
|---|---|---|
| 7. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office Hours: 9:00 AM – 4:00 PM Monday – Friday Contact phone (913) 735–2110 |

| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 8/24/18** |
|---|---|---|
| | **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/9/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/27/18** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc/ or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. **Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **7/17/18** at **09:30 AM** , Location: **Robert J Dole US Courthouse, 500 State Avenue Room 151, Kansas City, KS 66101** |
|---|---|
| 10. **Objection to Plan** | A plan is not effective unless approved by the bankruptcy court at a confirmation hearing. Objections to the plan shall be filed 7 days before the confirmation hearing. |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 12. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 13. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 14. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

Case 18-21111    Doc# 10    Filed 06/03/18    Page 2 of 4

```
                          United States Bankruptcy Court
                               District of Kansas
```

In re:                                                        Case No. 18-21111-RDB
Troy Brian Frost                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

```
District/off: 1083-2        User: kmary           Page 1 of 2        Date Rcvd: Jun 01, 2018
                            Form ID: 309I         Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.

```
8997151        Autonow,   10500 E. 24 Highway,   Independence MO 64053
8997154        City of Nortonville,   Po BOx 177,   Nortonville KS 66060-0177
8997156       +Foulston Siefkin LLP,   9 Corporate Woods, Ste. 450,   9200 Indian Creek Pkwy,
               Overland Park KS 66210-2036
8997158        Kansas Counselors Inc,   PO Box 14765,   Lenexa KS 66285-4765
8997161       +Loevy & Loevy,   311 N Aberdeen St,   Chicago IL 60607-1532
8997162       +Merritrust Credit Union,   Attn: Bankruptcy,   Po Box 789757,   Wichita KS 67278-9757
8997165       +South Law,   13160 Foster,   Suite 100,   Overland Park KS 66213-2848
8997166        Stormont Vail HealthCare,   PO Box 1220,   Topeka KS 66601-1220
8997167        USAA Insurance,   9800 Fredericksburg Rd,   San Antonio TX 78288-0436
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db            +E-mail/PDF: tfrost@jeffersoncountykssheriff.com Jun 01 2018 22:09:35     Troy Brian Frost,
               511 Meriden Heights,   Meriden, KS 66512-8928
aty            E-mail/Text: kcrump@kansasbankruptcy.com Jun 01 2018 22:10:01     Kristina S Zhilkina-Crump,
               Coons & Crump, LLC,   534 S. Kansas Ave., Ste. 305,   Topeka, KS  66603
tr             E-mail/Text: tsigler@13trusteekc.com Jun 01 2018 22:11:02     William H Griffin,
               5115 Roe Blvd Ste 200,   Roeland Park, KS  66205-2393
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jun 01 2018 22:10:32     U.S. Trustee,
               Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
8997150       +EDI: GMACFS.COM Jun 02 2018 01:48:00     Ally Financial,   Attn: Bankruptcy,   Po Box 380901,
               Bloomington MN 55438-0901
8997152       +EDI: CAPITALONE.COM Jun 02 2018 01:48:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City UT 84130-0285
8997153        E-mail/Text: bmg.bankruptcy@centurylink.com Jun 01 2018 22:10:40     Century Link,
               PO Box 4300,   Carol Stream IL 60197-4300
8997157        EDI: IRS.COM Jun 02 2018 01:48:00     Internal Revenue Service,   PO Box 7346,
               Philadelphia PA 19101-7346
8997159        E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Jun 01 2018 22:11:26     Kansas Department of Revenue,
               Civil Tax Enforcement,   PO Box 12005,   915 SW Harrison,   Topeka KS 66612-2005
8997160       +E-mail/Text: KGSBankruptcy@onegas.com Jun 01 2018 22:11:15     Kansas Gas Service,
               Attn: Bankruptcy,   PO Box 3535,   Topeka KS 66601-3535
8997163       +E-mail/Text: bankruptcies@orangelake.com Jun 01 2018 22:10:07     Orange Lake Country Cl,
               Attn: Bankruptcy,   8505 W Irlo Bronson Memorial Highway,   Kissimmee FL 34747-8201
8997164       +E-mail/Text: bankruptcy@loanpacific.com Jun 01 2018 22:11:10     Pacific Union Financial,
               Attn: Bankruptcy,   1603 Lbj Freeway, Suite 500,   Farmers Branch TX 75234-6071
8997168       +E-mail/Text: bkcompliance@westarenergy.com Jun 01 2018 22:10:30     Westar Energy,
               PO Box 758500,   Topeka KS 66675-8500
                                                                          TOTAL: 13

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8997155     ##+Flexpay,   1602 Tullamore Ave,   Bloomington IL 61704-9624
                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          Kristina S Zhilkina-Crump    on behalf of Debtor Troy Brian Frost kcrump@kansasbankruptcy.com,
           mhumphrey@kansasbankruptcy.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                         TOTAL: 3